# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SUNDIATA WILLIAMS,

      Plaintiff,

v.                                                    Case No.  04-72120

PRESIDENT GEORGE W. BUSH, et al.,          Honorable Arthur J. Tarnow
                                                      United States District Judge

      Defendants.

_____/

## ORDER DENYING PLAINTIFF'S NOTICE OF APPEAL
## OF MOTION TO RECONSIDER [D/E # 28]

Plaintiff, Sundiata Williams, filed a *pro se* complaint on June 7, 2004, alleging that, in an employment discrimination case pending before Judge Woods of this Court, the attorney for the defendants, Barry Freeman, committed perjury.  He further alleged that Judge Woods and Magistrate Judge Pepe failed to protect him from the perjury.

On January 7, 2005, this Court dismissed Plaintiff's complaint for failure to respond to Defendants' motions to dismiss.  The Court gave Plaintiff ample warning that failure to respond would result in dismissal.

Plaintiff filed a motion for reconsideration on February 11, 2005.  The Court granted Defendants' motion to strike Plaintiff's motion for reconsideration on the ground that Plaintiff's motion was untimely filed.  A motion for reconsideration must be filed within ten (10) days of the entry of the order or judgment upon which the motion is based.  *See* Rule 7.1(g)(1) of this Court's Local Rules.

Plaintiff filed a "Declaration of Objection" in April of 2005 objecting to the Court's order striking his motion for reconsideration.  Since the case was closed and this motion untimely, the Court denied Plaintiff's objection.

In July 2005, Plaintiff filed another untimely motion, this time to reopen the case based on fraud, judicial error and misconduct.  The court denied the motion finding it to be both meritless and untimely.

*Williams v. Bush*
**04-72120**

In September of 2005, Plaintiff filed a Notice of Appeal of Motion to Reconsider.  The motion is untimely under Local Court Rule 7.1(g)(1), the case is closed and Plaintiff's time to appeal any of this Court's orders has lapsed.  The Notice of Appeal of Motion to Reconsider is **DENIED** and any motions that Plaintiff files in the future will likely be **DENIED** for the same reasons.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated:  August 7, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 7, 2006, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager

2